NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LYNDA BAKER,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D19-790
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Mark F. Carpanini,
Judge.


PER CURIAM.


        Affirmed.  See Edwards v. State, 765 So. 2d 222 (Fla. 2d DCA 2000);

Teart v. State, 866 So. 2d 145 (Fla. 1st DCA 2004); Sherwood v. State, 745 So. 2d 378

(Fla. 4th DCA 1999).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.